UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALPAK DIRECT MARKETING
SYSTEMS, INC.

    Plaintiff,

v.                                        CASE NO: 8:05-cv-268-T-23EAJ

VALPAK OF SACRAMENTO, INC., and
SCOTT G. BEATON,

    Defendant.
_____/

**ORDER**

The plaintiff files (Doc. 1) claims against the defendants for "breach of note and security agreement" and "breach of guaranty." The defendants have failed to respond to the complaint or otherwise defend against this action. The Clerk entered default against the defendants pursuant to Rule 55(a), Federal Rules of Civil Procedure (Docs. 7, 8). The plaintiff moves (Doc. 9) for entry of a final judgment after default and submits a declaration in support. The plaintiff's motion for the entry of a default judgment against the defendants (Doc. 9) is **GRANTED**. The Clerk is directed to enter judgment in favor of the plaintiff and against the defendants in the amount of

$113,191.35, plus interest accrued from the date of the judgment. The Clerk is also directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on June 27, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
Courtroom Deputy